# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ASHLEY PRATT, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMULARILY SITUATED

VERSUS

UNIVERSITY OF LOUISIANA AT
LAFAYETTE, THE BOARD OF
SUPERVISORS FOR THE
UNIVERSITY OF LOUISIANA
SYSTEM, AND THE UNIVERSITY
OF LOUISIANA SYSTEM

NO.  2020 CW 0896

DECEMBER 21, 2020

---

In Re:    The  Board  of  Supervisors  for  the  University  of
          Louisiana System, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 632647.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) *(per curiam)* are not met.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT